UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ERIC DARNELL COOK,

    Plaintiff,

v.

P. KAMALNATH, et. al.,

    Defendants.

No. C 15-5570 NJV (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. In the initial review order on February 19, 2016, the court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. (Doc. 8.) The twenty-eight days to amend have passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. This case is **DISMISSED** for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: March 30, 2016.

NANDOR J. VADAS
United States Magistrate Judge