1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11 ERIC DARNELL COOK,

Case No. 15-cv-05570-RS (PR)

Plaintiff,

12

v.

13

**ORDER REOPENING ACTION**

P. KAMALNATH, et al.,

14

Defendants.

15

16

17      Plaintiff's motion for reconsideration, which the Court construes as a motion to

18 reopen, is GRANTED.  (Dkt. No. 17.)  The judgment and the order of dismissal are

19 VACATED.

20      On or before **December 10, 2018**, plaintiff shall file an amended complaint.  The

21 new complaint must include the caption and civil case number used in this order (15-05570

22 RS (PR)) and the words FIRST AMENDED COMPLAINT on the first page.  Because an

23 amended complaint completely replaces the previous complaints, plaintiff must include in

24 his amended complaint **all** the claims he wishes to present and **all** of the defendants he

25 wishes to sue.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).  He may **not**

26 incorporate material from the prior complaint by reference.  The complaint must also

27 appear on this Court's form, a copy of which will be sent to him.  Failure to file an

28 amended complaint that complies in all respects with this order will result in dismissal of

1  this action without further notice to plaintiff.

2      **No extensions of time will be granted.**  Plaintiff's motion for the marshal to serve

3  the complaint is DENIED.  (Dkt. No. 22.)  The Clerk shall terminate Dkt. Nos. 17 and 22.

4      **IT IS SO ORDERED.**

5  **Dated:**  October 31 , 2018

6                                                            _____
                                                             RICHARD SEEBORG
7                                                            United States District Judge